IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In re: VOLKSWAGEN                 Case No. 2:15-cv-13360-GER-APP
"CLEAN DIESEL CASES"          Honorable Gerald E. Rosen
                                                   Mag. Judge Anthony P. Patti

This document applies to all matters.

_____

## STIPULATION AND ORDER

This matter having been presented to the Court by Plaintiffs' Interim Counsel and counsel for Defendant Volkswagen Group of America, Inc. ("VWGoA" or "Defendant") with regard to VWGoA's recently announced "Volkswagen of America 2.0L TDI Customer Goodwill Package" ("Goodwill Package"), and the matter having been conferenced before Chief Judge Gerald E. Rosen, VWGoA and Plaintiffs' Interim Counsel hereby Stipulate as follows:

1. Defendant, and its corporate affiliates, do not now and will not in the future contend, in these or any other consumer 2.0L TDI civil lawsuits against them, that any right, claim or interest of any Plaintiff or putative class member is waived, released, or impaired by participation in, or use of, any feature of the Goodwill Package, nor will participation in the Goodwill Package be used in any manner in opposition to class certification; and

2. The Prepaid Visa Loyalty Card Cardholder Agreement and the Volkswagen Dealership Card Cardholder Agreement are solely between the customer and MetaBank® (and its successors, affiliates or assignees). Affected customers eligible for the Goodwill Package are not required to waive their rights or release their claims against VWGoA in order to receive the Package. No terms of the Cardholders Agreements will waive any eligible customer's rights against VWGoA with respect to their 2.0L TDI vehicles.

3. Defendant, and its corporate affiliates, will not seek to enforce any arbitration clause or class action waiver or jury trial waiver provision contained in the Prepaid Visa Loyalty Card Cardholder Agreement and/or Volkswagen Dealership Card Cardholder Agreement made available to Plaintiffs or putative class members with the Goodwill Package, even if the Plaintiff or putative class member signs, executes or is otherwise deemed to have assented to any other part of the agreement, document or communication.

4. Nothing in this Stipulation shall waive, release or impair any affirmative defenses otherwise available to Defendant.

Dated: November 12, 2015

**IT IS SO ORDERED.**

Dated: November 13, 2015          s/Gerald E. Rosen
                                  Chief Judge, United States District Court

Stipulated and agreed:

| | |
|---|---|
| KELLER ROHRBACK L.L.P. | HERZFELD & RUBIN, P.C. |
| By: */s/ Lynn Lincoln Sarko* | By: */s/ Jeffrey L. Chase* |
| Lynn Lincoln Sarko | Jeffrey L. Chase |
| Amy Williams-Derry | Michael B. Gallub |
| Tana Lin (P63125) | (*Pro Hac Vice Motions* |
| Gretchen Freeman Cappio | *To Be Submitted*) |
| Daniel Mensher | 125 Broad Street |
| Ryan McDevitt | New York, NY 10004 |
| 1201 Third Ave., Ste. 3200 | (212) 471-8500 |
| Seattle, WA 98101-3052 | jchase@herzfeld-rubin.com |
| Tel: (206) 623-1900 | mgallub@herzfeld-rubin.com |
| lsarko@kellerrohrback.com | |
| awilliams-derry@kellerrohrback.com | DATED: November 12, 2015 |
| tlin@kellerrohrback.com | *Attorneys for Defendant Volkswagen* |
| gcappio@kellerrohrback.com | *Group of America, Inc.* |
| dmensher@kellerrohrback.com | |
| rmcdevitt@kellerrohrback.com | |
| | |
| DATED: November 12, 2015 | |
| | |
| LIEFF, CABRASER, HEIMANN AND BERNSTEIN L.L.P. | BUSH, SEYFERTH & PAIGE, PLLC |
| | By: */s/ Cheryl A. Bush, w/email auth.* |
| | Cheryl A. Bush (P37031) |
| By: */s/ Elizabeth J. Cabraser, w/email auth.* | Michael R. Williams (P79827) |
| Elizabeth J. Cabraser | 3001 W. Big Beaver Rd., Ste. 600 |
| Kevin R. Budner | Troy, MI 48084 |
| Phong-Chau Nguyen | Tel/Fax: (248) 822-7800 |
| Robert L. Lieff, Of Counsel | bush@bsplaw.com |
| 275 Battery St., 29th Floor | williams@bsplaw.com |
| San Francisco, CA 94111-3339 | |
| Tel: (415) 956-1000 | DATED: November 12, 2015 |
| ecabraser@lchb.com | |
| | *Attorneys for Defendant Volkswagen* |
| | *Group of America, Inc.* |
| David S. Stellings | |

3

250 Hudson St., 8th Floor
New York, NY 10013
Tel: (212) 355-9500
dstellings@lchb.com


DATED: <u>November 12, 2015</u>

THE MILLER LAW FIRM, P.C.

By: <u>*/s/ E. Powell Miller, w/email auth.*</u>
    E. Powell Miller
    Sharon S. Almonrode
    950 West University Dr., Ste. 300
    Rochester, MI 48307
    Tel: (248) 841-2200
    Fax: (248) 652-2852
    epm@millerlawpc.com
    ssa@millerlawpc.com

DATED: <u>November 12, 2015</u>

*Interim Coordinating Class Counsel for Plaintiffs*